# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 18 · 9154 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Curtis Maxwell | : | ORDER OF RELEASE |

The Court orders the defendant, _Curtis Maxwell_, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other: _____

_Curtis Maxwell_
DEFENDANT

_9/6/18_
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_9/6/18_
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

U.S. PRETRIAL SERVICES OFFICER